Riches v. Gordon et al — Doc. 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

RECEIVED
CHARLOTTE, NC
AUG 2 8 2007
Clerk, U. S. Dist. Court
W. Dist. of N. C.

Jonathan Lee Riches © A/K/A
"Litigator crusador"

CIVIL NO:
3:07CV384

JEFF GORDON a/b/a
NASCAR DRIVER;
HENDRICK MOTORSPORTS;
DEFENDANT'S

FILED
CHARLOTTE, NC
SEP 1 2 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## COMPLAINT
### "RECKLESSLY DRIVIN MY LIFE CRAZY"

Comes Now the Plaintiff, Jonathan Lee Riches© A/K/A "Litigator crusador", in pro-se, Moves this Honorable Court to issue an order for Defendant's Named in this suit to respond. This is a civil action pursuant to violations of chemical weapons 18 USC 229, car Assault, speeding, road rage, D.U.I crimes and exhaust pollution. Plaintiff seeks 22,000,000,000.00 Billion dollars and Gordon's #24 car for relief.

Plaintiff, Jonathan Lee Riches© A/K/A "Litigator crusador", CEO of Jonathan Lee Riches© Inc., Specializing in Entertainment and MuJic.

Defendant, Jeff Gordon is a Nascar Racedriver for the #24 car owned by Hendrick Motorsports Inc.

Dockets.Justia.com

### 1

Jeff Gordon is in a humongous conspiracy with Barry Bonds, Michael Vick, Jewish Mossad, I-35W Bridge, Pit crew members, and checkered flags to drive my life insane, create madness in the world. Plans to use the #24 car as a weapon of mass destruction.

### 2

On Jan 17, 2006, I was physically kidnapped by Gordon's pit crew. Tied up at Lowes Motorspeedway. Gordon's pit crew took turns driving over me.

### 3

On Aug 22, 2007 - The #24 car tried to smash the gates of FCI Williamsburg to run me down on Barry Bonds orders.

CAR 54 where are you?

### 4

May 6, 2007 - Gordon tied me to his bumper during the talladega race

Nov 17, 2006 - The #24 car time travels

Feb 16, 2007 - Mr. Gordon took Kit from nightrider

July 7, 2007 - Gordon is in relation with Flash Gordon

### 5

illegal CAR Fighting

Feb 6, 2007 - Gordon uses his #24 car in illegal car fights. The offenses take place at a I-95 Jiffy Lube express. I was a witness.

### 6

On June 7, 2007 Jeff Gordon told me "I drive drunk during Nascar races". Gordon also told me he is drinking buddies with S.D. gov. Bill Janklow

### 7

Aug 23, 2007 - Karl Rove left the White House to work as Gordon's tire changer

May 7, 2006 - Gordon personally bought viagra from Mark Martin

### 8

Jan 8, 2007 - Gordon told me "I have secret plans to put wings on the #24 car and fly it into Ft. Knox"

**9**

On June 17, 2006- Jeff Gordon told me "I'm a racist, the goal is to thwart Black Nascar drivers". Gordon talks behind Juan Pablo Montoya's Back. Used the #24 to hit Juan Valdez's horse

**10**

On Aug 24, 2007 - Jeff Gordon told me "I have secret plans to release exhaust pollution into the crowds at the next Lowes Motorspeedway race."

**11**

Oct 17, 2006 - Gordon drove doughnuts in the parking lot at FCI Williamsburg

**12**

June 23, 2007- Gordon confessed to me in Email, he purposely crashes other Nascar drivers. Gordon has a secret trap door under the #24 to drop tic tac's and oil on racing tracks

**13**

Oct. 2002- Gordon let beltway sniper John Mohammed borrow his car

### Preliminary Injunction

Plaintiff compels this court to issue an Injunction against Jeff Gordon and stop him from: Sticking my head in his exhaust pipe, wife swapping with Jimmie Johnson, picking on kids with big wheels and go carts, driving off without paying at Sunoco stations.

### Conclusion

Plaintiff's life is in danger from Mr. Gordon and the #24. The daily trauma inflicted on me by Jeff Gordon is torture. Plaintiff prays for relief

Respectfully
Submitted

*Jonathan Lee Riches* ©
U.C.C. 1-308

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-4400