Riches v. Gordon et al — Doc. 1 Att. 1
Case 3:07-cv-00384-GCM   Document 1-2   Filed 09/12/2007   Page 1 of 7
AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Western__ District of __North CAROLINA__

__Jonathan Lee Riches©__
Plaintiff

v.

__Jeff Gordon, et. AL__

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: __3:07 CV 384__

I, __Jonathan Lee Riches__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCI Williamsburg__

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __.12¢ month__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __.12¢ A month Prison__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   __family to live off of__

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

9-8-07
Date

*[Signature]*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE OF PENAL INSTITUTION

I hereby certify that on **August 29**, 20**07**, the prisoner herein had the following amount in his/her prisoner's trust fund account:

**$10.53**

8/29/07
Date

_____, Case Manager.
Authorized by the Act of July 7,
1955, as amended to administer
oaths (18 USC 4004).    8/29/07
FCI Williamsburg, SC

_____
Signature of authorized trust fund officer

A. Jackson
Printed or typed name of authorized officer

Case Manager
Title of authorized officer

FCI Williamsburg, SC
Name of institution

# Inmate Statement

| Inmate Reg #: | 40948018 | Current Institution: | Williamsburg FCI |
| --- | --- | --- | --- |
| Inmate Name: | RICHES, JONATHAN | Housing Unit: | WIL-A-B |
| Report Date: | 08/29/2007 | Living Quarters: | A03-108L |
| Report Time: | 2:35:24 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WIL | 8/28/2007 11:35:23 AM | GITS2CNV | | | Phone Rev With Rel | $2.28 | | $10.53 |
| WIL | 8/22/2007 4:49:57 PM | ITS0822 | | | Phone Withdrawal | ($1.00) | | $8.25 |
| WIL | 8/17/2007 11:35:46 AM | 75 | | | Sales | ($3.60) | | $9.25 |
| WIL | 8/15/2007 8:05:01 PM | ITS0815 | | | Phone Withdrawal | ($1.00) | | $12.85 |
| WIL | 8/10/2007 11:20:26 AM | 94 | | | Sales | ($4.65) | | $13.85 |
| WIL | 8/9/2007 1:01:46 PM | GIPP0707 | | | Payroll - IPP | $0.12 | | $18.50 |
| WIL | 8/7/2007 7:24:35 PM | ITS0807 | | | Phone Withdrawal | ($1.00) | | $18.38 |
| WIL | 8/3/2007 8:17:06 PM | ITS0803 | | | Phone Withdrawal | ($1.00) | | $19.38 |
| WIL | 8/3/2007 10:52:13 AM | 50 | | | Sales | ($5.15) | | $20.38 |
| WIL | 8/1/2007 6:38:16 PM | ITS0801 | | | Phone Withdrawal | ($2.00) | | $25.53 |
| WIL | 7/30/2007 6:34:17 PM | ITS0730 | | | Phone Withdrawal | ($2.00) | | $27.53 |
| WIL | 7/29/2007 6:31:02 PM | ITS0729 | | | Phone Withdrawal | ($1.00) | | $29.53 |
| WIL | 7/23/2007 7:36:14 PM | ITS0723 | | | Phone Withdrawal | ($1.00) | | $30.53 |
| WIL | 7/20/2007 8:13:27 AM | 54 | | | Sales | ($10.45) | | $31.53 |
| WIL | 7/18/2007 5:06:13 PM | ITS0718 | | | Phone Withdrawal | ($2.00) | | $41.98 |
| WIL | 7/13/2007 8:18:59 AM | 55 | | | Sales | ($21.15) | | $43.98 |
| WIL | 7/9/2007 2:46:38 PM | GIPP0607 | | | Payroll - IPP | $0.12 | | $65.13 |
| WIL | 7/7/2007 1:07:13 PM | ITS0707 | | | Phone Withdrawal | ($1.00) | | $65.01 |
| WIL | 7/7/2007 5:50:20 AM | 70186701 | | | Lockbox - CD | $60.00 | | $66.01 |
| WIL | 7/6/2007 11:31:49 AM | 22 | | | Sales | ($6.95) | | $6.01 |
| WIL | 7/4/2007 7:43:18 PM | ITS0704 | | | Phone Withdrawal | ($2.00) | | $12.96 |
| WIL | 6/29/2007 7:35:08 PM | ITS0629 | | | Phone Withdrawal | ($2.00) | | $14.96 |
| WIL | 6/28/2007 11:18:47 AM | 80 | | | Sales | ($4.65) | | $16.96 |
| WIL | 6/25/2007 8:21:10 PM | ITS0625 | | | Phone Withdrawal | ($1.00) | | $21.61 |
| WIL | 6/21/2007 11:36:33 AM | 97 | | | Sales | ($73.20) | | $22.61 |
| WIL | 6/20/2007 7:22:51 PM | ITS0620 | | | Phone Withdrawal | ($1.00) | | $95.81 |
| WIL | 6/19/2007 5:45:55 AM | 70185401 | | | Lockbox - CD | $60.00 | | $96.81 |
| WIL | 6/17/2007 8:12:52 PM | ITS0617 | | | Phone Withdrawal | ($2.00) | | $36.81 |
| WIL | 6/15/2007 10:58:09 AM | 39 | | | Sales | $7.60 | | $38.81 |
| WIL | 6/15/2007 10:57:20 AM | 38 | | | Sales | ($11.75) | | $31.21 |
| WIL | 6/8/2007 2:26:01 PM | GIPP0507 | | | Payroll - IPP | $0.12 | | $42.96 |
| WIL | 6/8/2007 10:53:39 AM | 62 | | | Sales | ($2.70) | | $42.84 |
| WIL | 6/5/2007 6:42:31 PM | ITS0605 | | | Phone Withdrawal | ($2.00) | | $45.54 |

| | | | | | |
|---|---|---|---|---|---|
| WIL | 5/31/2007 11:23:09 AM | 83 | Sales | ($20.50) | $47.54 |
| WIL | 5/27/2007 1:02:09 PM | ITS0527 | Phone Withdrawal | ($2.00) | $68.04 |
| WIL | 5/17/2007 8:20:45 AM | 54 | Sales | ($25.15) | $70.04 |
| WIL | 5/13/2007 7:39:13 PM | ITS0513 | Phone Withdrawal | ($2.00) | $95.19 |
| WIL | 5/12/2007 1:44:44 PM | ITS0512 | Phone Withdrawal | ($2.00) | $97.19 |
| WIL | 5/12/2007 5:45:55 AM | 70182901 | Lockbox - CD | $60.00 | $99.19 |
| WIL | 5/9/2007 2:39:24 PM | GIPP0407 | Payroll - IPP | $0.12 | $39.19 |
| WIL | 5/9/2007 2:39:00 PM | GIPP0407 | Payroll - IPP | $25.00 | $39.07 |
| WIL | 4/26/2007 8:20:19 AM | 65 | Sales | ($15.85) | $14.07 |
| WIL | 4/20/2007 11:13:54 AM | 55 | Sales | ($5.45) | $29.92 |
| WIL | 4/20/2007 11:13:15 AM | 53 | Sales | $0.00 | $35.37 |
| WIL | 4/17/2007 8:18:54 AM | 44 | Sales | ($0.65) | $35.37 |
| WIL | 4/17/2007 8:17:27 AM | 43 | Sales | ($17.20) | $36.02 |
| WIL | 4/13/2007 9:00:11 PM | ITS0413 | Phone Withdrawal | ($1.00) | $53.22 |
| WIL | 4/10/2007 11:45:06 AM | 70180501 | Lockbox - CD | $50.00 | $54.22 |
| WIL | 4/10/2007 11:11:05 AM | 76 | Sales | ($1.55) | $4.22 |
| WIL | 4/9/2007 2:35:58 PM | GIPP0307 | Payroll - IPP | $0.12 | $5.77 |

1 2 3

Total Transactions: 115

Totals: ($45.08)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | $10.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.53 |
| **Totals:** | **$10.53** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10.53** |

# Inmate Statement

| Inmate Reg #: | 40948018 | Current Institution: | Williamsburg FCI |
| Inmate Name: | RICHES, JONATHAN | Housing Unit: | WIL-A-B |
| Report Date: | 08/29/2007 | Living Quarters: | A03-108LH |
| Report Time: | 2:35:40 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WIL | 4/8/2007 12:36:28 PM | ITS0408 | | | Phone Withdrawal | ($1.00) | | $5.65 |
| WIL | 4/3/2007 8:15:43 AM | | | 39 | Sales | ($15.85) | | $6.65 |
| WIL | 3/29/2007 7:56:34 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $22.50 |
| WIL | 3/29/2007 6:50:27 PM | ITS0329 | | | Phone Withdrawal | ($2.00) | | $24.50 |
| WIL | 3/21/2007 7:49:44 AM | | | 59 | Sales | ($16.70) | | $26.50 |
| WIL | 3/14/2007 8:25:16 AM | | | 20 | Sales | ($12.30) | | $43.20 |
| WIL | 3/9/2007 1:04:35 PM | GIPP0207 | | | Payroll - IPP | $0.12 | | $55.50 |
| WIL | 3/9/2007 1:03:23 PM | GIPP0207 | | | Payroll - IPP | $12.50 | | $55.38 |
| WIL | 3/7/2007 8:17:21 AM | | | 46 | Sales | ($20.65) | | $42.88 |
| WIL | 3/4/2007 1:12:45 PM | ITS0304 | | | Phone Withdrawal | ($2.00) | | $63.53 |
| WIL | 3/2/2007 6:00:38 AM | 70177801 | | | Lockbox - CD | $50.00 | | $65.53 |
| WIL | 2/28/2007 8:15:16 AM | | | 39 | Sales | ($8.75) | | $15.53 |
| WIL | 2/21/2007 8:21:05 AM | | | 42 | Sales | ($6.70) | | $24.28 |
| WIL | 2/17/2007 7:49:34 AM | ITS0217 | | | Phone Withdrawal | ($1.00) | | $30.98 |
| WIL | 2/14/2007 11:14:30 AM | | | 17 | Sales | ($4.25) | | $31.98 |
| WIL | 2/9/2007 7:34:36 PM | ITS0209 | | | Phone Withdrawal | ($2.00) | | $36.23 |
| WIL | 2/9/2007 2:48:08 PM | GIPP0107 | | | Payroll - IPP | $0.12 | | $38.23 |
| WIL | 2/9/2007 2:47:00 PM | GIPP0107 | | | Payroll - IPP | $12.50 | | $38.11 |
| WIL | 2/7/2007 11:27:29 AM | | | 57 | Sales | ($5.90) | | $25.61 |
| WIL | 1/31/2007 11:12:16 AM | | | 51 | Sales | ($5.15) | | $31.51 |
| WIL | 1/30/2007 8:52:52 PM | ITS0130 | | | Phone Withdrawal | ($2.00) | | $36.66 |
| WIL | 1/28/2007 2:27:44 PM | ITS0128 | | | Phone Withdrawal | ($2.00) | | $38.66 |
| WIL | 1/27/2007 9:24:00 PM | ITS0127 | | | Phone Withdrawal | ($2.00) | | $40.66 |
| WIL | 1/26/2007 12:10:53 PM | TX012607 | | | Transfer - In from TRUFACS | $5.00 | | $42.66 |
| WIL | 1/24/2007 11:20:16 AM | | | 76 | Sales | ($2.60) | | $37.66 |
| WIL | 1/23/2007 6:40:28 PM | ITS0123 | | | Phone Withdrawal | ($1.00) | | $40.26 |
| WIL | 1/21/2007 2:43:42 PM | ITS0121 | | | Phone Withdrawal | ($2.00) | | $41.26 |
| WIL | 1/17/2007 11:11:09 AM | | | 68 | Sales | ($2.60) | | $43.26 |
| WIL | 1/10/2007 8:19:00 AM | | | 35 | Sales | ($23.70) | | $45.86 |
| WIL | 1/9/2007 7:07:55 PM | ITS0109 | | | Phone Withdrawal | ($1.00) | | $69.56 |
| WIL | 1/9/2007 2:55:21 PM | GIPP1206 | | | Payroll - IPP | $4.80 | | $70.56 |
| WIL | 1/9/2007 2:54:18 PM | GIPP1206 | | | Payroll - IPP | $12.50 | | $65.76 |
| WIL | 1/3/2007 7:13:15 AM | | | 21 | Sales | ($49.90) | | $53.26 |

# AFFIDAVIT OF FACTS

I Jonathan Lee Riches swear under the penalty of persury that the Information is true, correct, and the Best of my knowledge.

I Jonathan Lee Riches currently has $10.53 in my account. I only recieve .12¢ a month from a prison Job, I recieve Little money monthly from family to Eat from while I'm in prison. Everyday I'm starving. I wish to proceed in forma pauperis

The information presented is true, correct. I certify this on the 8th day of the 9th month 2007 A.D.

Respectfully,

*[signature]*
Jonathan Lee Riches