# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jonathan Lee Riches,

      Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                      3:07-cv-384

Jeff Gordon and Hendrick Motorsports,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 20, 2007 Order.

**Signed: September 21, 2007**

Frank G. Johns, Clerk
United States District Court