IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV384-1-MU

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| Plaintiff, | ) |
| v. | ) **O R D E R** |
| JEFF GORDON, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Intervene (Doc. No. 4), filed September 20, 2007.

On September 12, 2007, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. On September 20, 2007, this Court dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(g). Plaintiff then filed the instant motion asking to intervene in twenty civil cases because they were "unfavorable to [his] interests." Plaintiff further asks to appeal these twenty cases to the United States Court of Appeals for the Fourth Circuit. Plaintiffs broad, unsupported claim of "interest" in these cases is not sufficient to permit him to intervene pursuant to Rule 24(a)(2).

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion to Intervene is **DENIED.**

Signed: February 6, 2009

Graham C. Mullen
United States District Judge